UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) |
| DENNIS CLEVELAND | ) Case No. 23-03024-01-CR-S-SRB |
| Defendant. | ) ) |

**ORDER TO SHOW CAUSE**

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) Dennis Cleveland shall appear before this court at 1:00 p.m. on July 15, 2025, in Courtroom No. 2, 222 N. John Q. Hammons Parkway, Suite 1200, Springfield, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause to 1307 North Johnston Avenue, Springfield, MO 65802.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 8th day of April, 2025.